UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Darwin McArthur, Jr.,

      Plaintiff,

vs.                                    ORDER ADOPTING
                                            REPORT AND RECOMMENDATION

U.S. Department of Agriculture,

      Defendant.                      Civ. No. 14-2012 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Complaint, [Docket No. 1], is **DISMISSED without prejudice**, for failure to effect service and for lack of prosecution.

DATED: January 20, 2015                      s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Chief Judge
                                                         United States District Court